**JOHN J. TALTON, CHAPTER 13 TRUSTEE**  
Payee: Clerk of the Court  
Please notify the Court & this office of any changes made after filing fo your claim  (ex. account number, address, claim assignment, etc.)

Check #.: **1072802**  
Date: 08/19/2014

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 0960481 | 00009 | WILLIE L. RODGERS & DEBORAH A. RODGERS | 8275 | 4,855.50 | 1,148.54 | 0.00 | 1,148.54 |
| | | Original Check written to:<br>CAVALRY PORTFOLIO SERVICES, LLC<br>7 SKYLINE DRIVE, THIRD FLOOR<br>HAWTHORNE, NY,   10532 | | | | | |
| 0960483 | 00003 | RENATA H. PETTIGREW | 2340 | 0.00 | 189.21 | 12.24 | 201.45 |
| | | Original Check written to:<br>OCWEN LOAN SERVICING LLC<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 24605<br>WEST PALM BEACH, FL,   33416-4605 | | | | | |
| 0960616 | 00058 | RICHARD DALE MANUEL & CRYSTAL ANGELI | 5716741 | 658.25 | 27.40 | 0.00 | 27.40 |
| | | Original Check written to:<br>CAVALRY PORTFOLIO SERVICES, LLC<br>7 SKYLINE DRIVE, THIRD FLOOR<br>HAWTHORNE, NY,   10532 | | | | | |
| 0960816 | 00007 | SEAN K. EUBANKS & DIANE K. EUBANKS | 7757 | 8,430.09 | 9,356.72 | 0.00 | 9,356.72 |
| | | Original Check written to:<br>CAPITAL ONE, NATIONAL ASSOCIATION<br>P.O. BOX 152409<br>IRVING, TX,   75015 | | | | | |
| 0960816 | 00008 | SEAN K. EUBANKS & DIANE K. EUBANKS | 1551 | 2,270.60 | 2,520.17 | 0.00 | 2,520.17 |
| | | Original Check written to:<br>CAPITAL ONE, NATIONAL ASSOCIATION<br>P.O. BOX 152409<br>IRVING, TX,   75015 | | | | | |
| 1161143 | 00004 | MICHAEL ALAN MCMEENS & ELIZABETH CAR( | 3354 | 0.00 | 0.00 | 743.58 | 743.58 |
| | | Original Check written to:<br>MIDLAND FUNDING LLC<br>MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO, CA,   92123 | | | | | |
| | | | **TOTALS** | 16,214.44 | 13,242.04 | 755.82 | 13,997.86 |