**JOHN J. TALTON, CHAPTER 13 TRUSTEE**
Payee: Clerk of the Court
Please notify the Court & this office of any changes made after filing to your claim (ex: account number, address, claim assignment, etc.)

Check #: **1074833**
Date: 09/08/2014

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1010082 | 00033 | JAMES MICHAEL BARTLETT & HELEN L. BART | 8326 | 6,252.71 | 48.27 | 0.00 | 48.27 |
| | | Original Check written to: LAKESHORE CAPITAL, LLC, 2952 SENECA ST., WEST SENACA, NY, 14224 | | | | | |
| 1060674 | 00008 | ROY D. WARREN & ROSE A. FAIRCLOTH | 0350 | 1,741.71 | 0.14 | 0.00 | 0.14 |
| | | Original Check written to: TEXAS STAR AUTO, 13810 HWY 155 S, TYLER, TX, 75703 | | | | | |
| 1060674 | 00009 | ROY D. WARREN & ROSE A. FAIRCLOTH | | 0.00 | 0.00 | 0.63 | 0.63 |
| | | Original Check written to: WILLIE HARDY, C/O WILSON FIRM, 909 ESE LOOP 323, SUITE 400, TYLER, TX, 75701 | | | | | |
| 1188888 | 00000 | Talton Adjustment | 09-60556 | 0.00 | 218.00 | 0.00 | 218.00 |
| | | Original Check written to: JUSTIN FRANKLIN, 3416 RUPE HUFFMAN RD, LONGVIEW, TX, 75605 | | | | | |
| 1160921 | 00020 | WILLIETTA WHEELER | | 0.00 | 47.89 | 0.83 | 48.72 |
| | | Original Check written to: COMMUNITY CREDIT SERVICES, 42 READ'S WAY, SUITE 125, NEW CASTLE, DE, 19720 | | | | | |
| 1161143 | 00000 | MICHAEL ALAN MCMEENS & ELIZABETH CAR( | | 0.00 | 2,905.69 | 0.00 | 2,905.69 |
| | | Original Check written to: MICHAEL ALAN MCMEENS, P.O. BOX 470, EDGEWOOD, TX, 75117 | | | | | |
| 1260769 | 00008 | DALE E HAWTHORNE & VICTORIA R HAWTHO | | 3,102.05 | 945.69 | 15.53 | 961.22 |
| | | Original Check written to: KELLY MURPHY, 1103 WEST LAKE DR, GLADEWATER, TX, 75647 | | | | | |